UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

Luxottica Group S.p.A., et al.

v.

Christy Amacher D/B/A
Pretty Discoveries Boutique

Case No. 4:21-cv-00043

## DISCLOSURE STATEMENT

I, the undersigned, counsel of record for Costa Del Mar, Inc.,

certify to the best of my knowledge and belief:

☐ My client has no corporate interests to be identified under *Federal Rule of Civil Procedure 7.1 or Federal Rule of Criminal Procedure 12.4*.

☑ My client has the following parent corporation(s):
Costa Del Mar, Inc. is an indirect, wholly owned subsidiary of FGX International, Inc.

☐ The following publicly held corporation(s) own 10% or more of my client's stock:

/s/ Andrew Goldstein
(Signature of Counsel)

September 28, 2021
(Date)